# Order

Michigan Supreme Court
Lansing, Michigan

March 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130526

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

                                 SC: 130526

v                                  COA: 254284
                                   Wayne CC: 03-011038-02

QUENTIN JOHNSTON,
      Defendant-Appellant.

_____

       On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his brief and appendix is considered and it is GRANTED. The Clerk is directed to place this case on the April, 2007 Session Calendar for argument and submission.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2007

_____
Clerk